### ELIJAH WARD vs. JONATHAN D. WILLIAMSON.

The filing of the transcript of a former judgment, is not the filing of a lawful statement of demand.

This was a certiorari, removing a judgment obtained in the court for the trial of small causes. The action before the justice below, was brought to recover the amount due on a former judgment, obtained by the plaintiff against the same defendant. On the return day of the summons, the plaintiff appeared before the justice and filed a transcript of the former judgment, properly certified, but filed no other or further statement of his demand. On the day to which the cause was adjourned, the justice, in the absence of the defendant, and without any evidence, rendered judgment in favor of the plaintiff. These reasons were relied on for the reversal of the judgment.

*I. W. Miller,* for plaintiff in certiorari.

BY THE COURT. The filing of the transcript of the former judgment, was not filing a state of demand; and for that cause, the judgment must be reversed.

                                    Judgment reversed.